UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KIM L. VICTOR,

        Plaintiff,

                                              Case No. 11-10958-BC
v.                                              Honorable Thomas L. Ludington

PEOPLE OF THE STATE OF MICHIGAN,

        Defendant.
_____ /

## JUDGMENT

In accordance with the opinion and order entered on August 8, 2011 (ECF No. 10), and order entered on August 26, 2011 (ECF No. 13),

It is **ORDERED AND ADJUDGED** that Plaintiff's complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).

                                                  s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge

Dated: February 2, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon Kim L Victor, at 6424 N. Ridge Rd., Madison, OH 44057 by first class U.S. mail on February 2, 2012.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS